UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                   Criminal No. 06-cr-132-01-JD

<u>James Johnson</u>

### O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                                <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                                 Joseph A. DiClerico, Jr.
                                                                 United States District Judge

December 8, 2006

cc:     Bjorn Lange, Esq.
        Debra Walsh, Esq.
        U. S. Probation
        U. S. Marshal